IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PORTOLA PACKAGING, INC., | ) |
| Plaintiff, | ) Judge Virginia Kendall |
| v. | ) Case No. 05 C 6342 |
| BLACKHAWK MOLDING CO., | ) Magistrate Judge Keys |
| Defendant. | ) |

## JOINT STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, the parties have entered into a Settlement Agreement last executed on April 7, 2005 under which the parties have agreed to dismiss the present captioned case without prejudice:

IT IS HEREBY STIPULATED AND AGREED by and between Portola Packaging, Inc., Plaintiff,("Portola") and Blackhawk Molding Co., Defendant ("Blackhawk") that all claims and counterclaims in the captioned case are hereby dismissed without prejudice based on the following:

1. That, pursuant to Fed. R. Civ. P.41(a)(1), all Portola's claims against Blackhawk raised in the captioned case are voluntarily dismissed without prejudice.

2. That, pursuant to Fed. R. Civ. P.41(a)(1), all Blackhawk's counterclaims against Portola raised in the captioned case are voluntarily dismissed without prejudice.

Dated: April 11, 2006

By: /s/ Stephen J. Cassin
One of the Attorneys for Plaintiff/Counter-claim Defendant

Anthony C. Valiulis
James P. Hanrath
Stephen J. Cassin
Much, Shelist, Freed, Denenberg,
 Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60605-1615
Telephone: (312)521-2000
Facsimile: (312)521-2100

Of Counsel:

**David J Brezner**
Dorsey & Whitney LLP
555 California Street
Suite 1000
San Francisco, CA 94104-1513
Telephone: (415)781-1989

By: /s/ David J. Roche
One of the Attorneys for Defendant/Counterclaim-Plaintiff

David I. Roche
Baker & McKenzie LLP
One Prudential Plaza
130 East Randolph Drive
Suite 3500
Chicago, IL 60601
Telephone: (312)861-8608
Facsimile: (312)698-2363